1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Kelly P. Keigwin

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11

12

13  KELLY P. KEIGWIN,                ) Case No.: 5:14-cv-02331-FFM
                                     )
14              Plaintiff,           ) /~~PROPOSED~~/ ORDER OF
                                     ) DISMISSAL
15       vs.                         )
                                     )
16  CAROLYN W. COLVIN, Acting        )
    Commissioner of Social Security, )
17                                   )
                                     )
18              Defendant.           )

19

20      The above captioned matter is dismissed with prejudice, each party to bear

21  its own fees, costs, and expenses.

22      IT IS SO ORDERED.

23  DATE:    July 14, 2015
                      /S/ FREDERICK F. MUMM
24                    THE HONORABLE FREDERICK F. MUMM
                      UNITED STATES MAGISTRATE JUDGE
25

26

-1-