UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY P. KEIGWIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant, ) <br> ) <br> _____) | No. EDCV 14-2331 FFM <br><br> JUDGMENT |

Pursuant to the Order of Dismissal, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 14, 2015

                                          /S/ FREDERICK F. MUMM
                                          FREDERICK F. MUMM
                                        United States Magistrate Judge